1068

*In the Matter of the Marriage of* TINA M. CHRISTOU, *Respondent*, and ROBERT E. HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-02826-1, Linda Lau, J., entered January 8, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MEYER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03534-6, Michael Hayden, J., entered February 1, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ERICK HOSKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08586-8, Sharon S. Armstrong, J., entered February 22, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BUN SONG PEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05474-3, Suzanne M. Barnett, J., entered August 17, 1998. *Affirmed* by unpublished per curiam opinion.